## STATEMENT OF FACTS

Leading up to August 8, 2014, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals that have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo" and "perv."

On Friday August 8, 2014, at approximately 12:20 p.m., an individual later identified as Benjamin Michael Fyffe ("defendant") responded to the advertisement by email through the website. The defendant, whose website email display name is "Dustin Steel," responded, "Hey man. I'm 26. Im a MEGA perv and I'm into literally ANY taboo things you can think of. I'm 6'1" 175 lbs. Good looking white guy. Hard to find people who like certain things that I like so I figured I'd give it a shot. lol [laugh out loud]." The UC replied, "love very yng and incest." The defendant said, "bingo. lol. I wish I knew a good connection that had young ones they would 'rent out' for a bit. Been looking for that for a long time. hard to find." The UC said that he was "active" with a 9 year old and "would potentially let another trusted perv play with her". The defendant replied, "awesome! you have a pic of her? G rated is fine. I dont mind trading my pic for yours either if you wanna. up to you. I'm always a little bit cautious at first when talking about this stuff." The UC agreed with the need to be careful and said that he was "a bit far" and had "moved to DC for work." The defendant replied, "oh shit. lol. it said you were tri cities, TN. I'm a bit west of there.... BUT.... this kind of thing would be worth the drive for me. trust me. too hard to find to pass up. and I'm SUPER discreet man. seriously. I'm married and my wife has zero idea about anything i like at all."

At approximately 1:05 am, the defendant emailed the UC stating, "btw [by the way]. I'm mega turned on right now. lol. How active are you with her? just touching? cum in mouth? penetration? lol. sorry i just love this stuff." The UC replied, "Everything but hard fucking." The defendant asked, "so 'some' penetration.. just not deep? anal too?" The defendant continued, "does she like it? extra hot if she does. lol." The UC described sexual activity he had engaged in with his purported daughter. The defendant replied, "so damn hot man. be really hot to double team her you think? not like.. rough. just one in mouth one downstairs kinda thing. In a way to make it enjoyable for her." The UC said he would love that. The defendant asked, "you have a pic of her? I'll send you one of me too. Like I said. I'm only 26. and Im in pretty good shape too. what i mean is I'm not a guy she'd be 'scared' of or creeped out by at all." The UC said that he would get a picture tomorrow.

1

At approximately 1:21 am, the defendant replied to the UC's promise to send a picture stating, "awesome. so all the way in DC? you ever come back this direction at all? I'll make the drive if I need to. just hard for me with the wife. have to think of reasonable excuses." The defendant continued, "i was looking forward to having my own to play with but turns out she cant have kids. :(." The defendant also said, "I'm prob gonna head to bed soon. hit me up tomorrow if you get time. If you'd rather exchange emails instead of using [the website's] forwarding service let me know. I'm way turned on by this. incest and young at the same time is just the freaking jackpot man. haha." The UC gave the defendant his email address. The defendant replied, "I'm dsteel06@hotmail.com . I could probably make it to meet on sunday evening. pretty unusually…my wife is going out of town for 3 days starting that morning." The UC said that he would have the girl next Tuesday and asked if that would work for the defendant. The defendant replied, "monday could work but tues is when my wife gets back :T." The UC said, "Ah , I'll see what I can do I will text my ex might have to be late Monday like 8 pm."

At about 1:43 am, the UC started a new email chain with the defendant by emailing the defendant directly rather than through the website. For a time, the UC and the defendant were communicating back and forth on multiple email threads.

At about 1:43 am, the UC sent a picture of his purported daughter to the defendant. It was not a picture of a real child. The UC also replied to an earlier email chain saying, "Just sent you pics on Hotmail can u return a pic of you and wife , something like that so I can trust better?" The defendant replied to the emailed picture of the UC's daughter, "omfg….. so fucking hot. she's gorgeous." In response, the UC said, "Thanks can u send something maybe naughty pic of wife or something like that." The defendant replied by sending a picture of himself and a picture of himself with a woman. The defendant also sent an email saying, "Mind if i get a pic of you too? IT just sets my mind at ease. Always worried I'm being set up or something. lol." The UC replied, "Sure but I sent u her pic and a shot of her ass now I'm getting worried. U have sent nothing now want a pic of me." The defendant emailed, "I dont have any naughty pics of her b/c she never lets me take them. lol. Theres no way you could get her Sunday night or early mon morning? :T I'm not trying to be difficult. just trying to make it work." The UC said that he was out of town until Monday afternoon. The UC also sent the defendant a picture of a man. The defendant replied, "did you get the pics I sent sry. its getting confusing using the 2 diff emails. lol. lets just stick to this one." The UC said that he got the pictures and just sent one of himself.

At approximately 1:58 am, the defendant emailed the UC, "I would have a lot more freedom but the wife.. she watches very move. looks at bank statements. ect. lol. so leaving town while she's here is 10 times harder than when she isn't. If you could get her as early as possible at least on Monday.. I could prob make it there mon evening and then leave tues morn. I

wouldn't normally try to crash but its 8 hours away. lol." The UC replied that the defendant
could "crash for sure" and asked if the defendant could be in DC by 7 or 8. The defendant said,
"yes. sooner actually. was hoping maybe you could have her by 5 or 6? if not its ok." The UC
said that he would do his best and would be back himself around 3:30. The defendant asked,
"ok. So does she get horny and wet for you?." The UC said that she "gets into now." At
approximately 2:05 am, the UC told the defendant that he was going to bed and would email
tomorrow.

On Friday August 8, 2014, at 1:24 pm, the UC emailed the defendant, "Hey how is it
going my ex texted me and I will have between 5 and 6 on Mon. If your still interested let me
know." At 7:26 pm, the defendant replied, "for sure man ;)." At 8:14 pm, the UC said he would
be back late afternoon on Monday.

On Saturday August 9, 2014, at 9:42 am, the defendant emailed the UC saying, "sorry I
didnt get to talk much yesterday. problem is my smart phone died in a water puddle about 2
weeks ago. lol. so I have to be home on the PC to email. I cant fucking wait man. been turned
on constantly thinking about the double team." The defendant also asked, "any way I could get a
more... 'revealing' pic of [the girl]? ;) man I'm super pumped." The UC replied that he would
be back Monday around 4 and sent a picture that he took before he left. It was not a picture of a
real child. The defendant replied, "so damn hot man. I cant wait. nice little nipples too! cute."

On Sunday August 10, 2014, at 8:56 am, the UC emailed the defendant, "Cool. Hit me up
tomorrow if still interested and I'll give u the addy [address]." The defendant emailed back,
"definitely still interested. addy would be cool. lol. also. I cant email like this from my phone
right now. you mind texting? I swear man. I'm the last person on earth to keep texting and stuff
if you didn't wanna. lol. I have to stay really discreet about this stuff anyway. would just make it
easier if I got lost or w/e when I got close." The UC replied that text was "cool" and sent the
defendant his phone number. The defendant replied with his phone number and said, "Theres
mine. I sent you a text already but now you know its me for sure. and serious man.... your
daughter... so hot. If you get time, tell me about her. what shes done with you and what she
likes."

On Sunday August 10, 2014, at approximately 2:36 pm, the defendant sent a text
message to the UC saying, "Hey man. Its dustin. Let me know its you when you can so i know i
have the right #. Lol." The UC replied at 5:07 pm, "Hey Dustin Cool, it's me lol." The
defendant confirmed the UC's name. The UC said he was looking forward to tomorrow and
provided the defendant with his purported address in Washington, D.C. The defendant replied,
"Me too man. Its like....the most ultimate fantasy of mine. Been saving up...if you know what i
mean. Im gonna cover her in cum....hopefully a few times. Lol." The UC replied that he had to

run but would text the defendant tomorrow morning. The defendant texted, "Prob leave here at 8. Put me there at 4ish. But traffic could make it take longer."

On Monday August 11, 2014, at approximately 9:33 am, the UC sent a text message to the defendant asking, "Good morning, you on the road?" The defendant replied, "Morning ;). Ya i didn't get out of there til about 9 but im on cruise at 95 trying to make up some ground lol." The defendant asked, "How far you have to travel today?" The UC replied, "Slow down lol . Cool I'll text u when I get back I'm 3 hours away." The defendant said, "Im so pumped i cant even tell you. Lol. I could barely sleep last night thinking about it." The UC agreed. The defendant texted a picture of a naked woman to the UC. The UC asked if it was the defendant's wife. The defendant replied, "That's my girl on the side. Lol. Shes a ut student. Turned 18 like a month ago. But shes naturally hairless. No shaving." The defendant also texted, "Nah. Just a girl i hook up with at the college. Wife is no where near that hot. Lol." The UC replied, "Nice!!!!!" The defendant asked, "Or did you mean you wanted a pic of my wife nude?" The UC replied, "Lol , no I was asking of that was your wife , she is really hot!" The defendant replied, "Ya. Im pretty proud of it. Lol. Shes got those young girl puffy nipple and the hairless thing just makes it awesome."

The UC agreed that the girl was pretty and said that his purported daughter "is totally bald and has a puffy lil pussy." The defendant said, "I cant wait to see it lol. Can she take a little bit of penetration. Most girls her age can only take an inch or so at most." The UC said, "Yes I get a little past my cock head with a lot of lube." The defendant said, "Fucking awesome. Im not sure how you usually lead into sex with her so i'll just follow your lead. I want her to be relaxed so we can get as deep as possible." The UC said that he would start off and have the girl touching the defendant to get him hard. The defendant replied, "God im driving with a serious grand champion hardon right now. Lol." The defendant texted, "So at some point we're gonna have to eat dinner. I was thinking….. How would you feel about taking her to a restaurant that lets kids sit in the bar area with their parents….and having her wear a ridiculously short skirt? I could buy her one if she doesn't have. And just sit there and watch all the dads try hard and fail to pretend not to look. Haha. Figured we could fuck her…go eat and a bit to recover…and then fuck her again lol." The UC said that he liked that plan. The defendant texted, "I home [the girl] gets eager for cock play. It turns me the fuck on when you can tell they WANT to please you bad." The UC said the girl "will for sure once she gets into it." The defendant replied, "Ya. I wanna spend a few mins getting her comfortable around me first so shes not scared. And i'll start out trying to make her tingle all over before i start with anything else."

The UC asked the defendant where he was and said he hoped he would not hit too much traffic. The defendant responded, "Sadly i probably will. I passed salem about 30 minutes ago. Im guessing i'll be driving into outer DC at 4. Just saw a sign 'Lexington 35 miles." The UC

said that he hoped the defendant would have a smooth ride. The defendant replied, "I know [the girl] will....Lol."

At approximately 2:47 pm on Monday August 11, 2014, the defendant sent a text message to the UC asking, "Is it raining there yet? I guess this storm has been following me the whole way." The UC said that it was not raining and asked where the defendant was. The defendant replied, "Ya. Doin ok so far. I'll be getting on I66 in about 5 mins. Supposed to be 70 miles to your place from there. So prob looking at 4:15-4:30. Unless traffic is jammed up in town." The defendant asked when the UC would be leaving to pick up the girl, and the UC responded that his ex would be dropping her off. The defendant asked, "Cool. Should i stay out of site when she does or what? Lol. Sight*." The UC replied, "Depends on when she drops her off, supposed to be 430 or 5." The defendant said, "Ok. Do you have any idea how awesome it is for me to be able to say " I cant wait to see your tiny little daughter naked" ...and it be ok?" The UC replied that he was "pumped." The defendant said, "Me too. The only thing that turns me on more than the thought of sex with a preteen girl is her getting fucked and exploited by me and her dad both." The defendant asked, "Not sure if you've ever done this but you can put a tiny amount of vodka in some coolaid and she'll be even more fun haha. Just a tiny bit though. Gotta be careful with that." The UC said that he had done that a few times but not in a while. The defendant said, "Also makes them just a bit more tolerant to pain."

The defendant kept the UC updated on his progress by tex message, letting the UC know that he stopped for gas and would let him know when he was close. The defendant told the UC when he was 25 miles from the I495 South exit. The UC said that he would meet the defendant at a bar near his house. The defendant called the UC at 3:56 pm and 4:28 pm to provide updates and get more specific directions to the meeting location. At 4:56 pm, the UC texted the defendant asking if he was able to get back on track. The defendant replied that he was walking in now.

On or about August 11, 2014, the defendant travelled from his home in Sevierville, Tennessee, by car to Washington, D.C. to the previously discussed meeting location. The defendant met the UC at the meeting location at approximately 5:00 pm. The defendant greeted the UC, who was sitting at the bar. The UC recognized the defendant as the person in the picture he had previously received from the defendant. The UC and the defendant talked briefly about the drive and the UC said that his ex was about 10 minutes away. The defendant was arrested after a prearranged signal was given by the UC. The defendant's car, a 2008 blue Volvo S40 was seized by law enforcement, along with the defendant's cell phone and laptop. A 2-inch penis ring was recovered from the defendant's pocket.

The defendant was interviewed by law enforcement after his arrest. The defendant waived his Miranda rights and said that he traveled from Tennessee to Washington, D.C. to meet

with the UC, with whom he had been communicated online and by text message.  The defendant claimed that he was coming to tell the UC that he was going to ruin his life.

_____

Detective Timothy Palchak
Metropolitan Police Department

Sworn and subscribed to me before this _____ day of August, 2014.

_____

Alan Kay
United States Magistrate Judge

6